# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DUFFY GUILLORY, JR.** | **CIVIL ACTION NO. 18-1634** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STARR INDEMNITY & LIABILITY COMPANY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Plaintiff's Motion to Remand and associated request for costs, expenses, and fees [Doc. No. 12], is DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss [Doc. No. 10] filed by the State of Louisiana, through the Department of Transportation and Development ("DOTD") is GRANTED IN PART and DENIED IN PART. Plaintiff's claims against the State of Louisiana, through the DOTD, are DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction, for the reasons set forth in the Report and Recommendation only. The DOTD's Motion to Dismiss is otherwise DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Strike [Doc. No. 22] is DENIED AS MOOT.

MONROE, LOUISIANA, this 1st day of April, 2019.

_____
Terry A. Doughty
United States District Judge